# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY S. RICKS

NO. 2023 KW 1124

**JANUARY 29, 2024**

---

In Re:     Wesley S. Ricks, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           16-WCR-259.

---

**BEFORE:     PENZATO, HESTER, AND MILLER, JJ.**

   **WRIT DENIED AS MOOT.**   We are advised by the office of the
Clerk of Court of West Feliciana Parish that the trial court
acted on relator's writ of habeas corpus on August 14, 2023.

**AHP**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT